FILED

12/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0431

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 23-431

JULIUS A. WILSON and ANITA M. ANGLELO,

          Appellants/Plaintiffs,

-vs-

DOMINCA E. STAMPER, Personal Representative of the Estate of Priscilla A. Graham; THERESA A. PRESLEY; and RONALD PRESLEY,

         Appellees/Defendants.

**ORDER GRANTING APPELLEES THERESA A. PRESLEY AND RONALD PRESLEY'S MOTION FOR FIRST EXTENSION OF TIME TO FILE RESPONSE BRIEF**

Pursuant to Appellees Theresa A. Presley and Ronald Presley's motion for extension of time to file their response brief and good cause appearing,

IT IS HEREBY ORDERED that Appellees Theresa A. Presley and Ronald Presley have until January 19, 2024, to file their response brief.

DATED this __ day of December 2023.

For the Court,

_____

Chief Justice

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 19 2023